In the Matter of the Estate of THOMAS CARR, Deceased. BANK OF JAMESTOWN et al., as Executors of THOMAS CARR, Deceased, et al., Appellants; ALTON R. ERICKSON, as Administrator of the Estate of FANNIE CARR, Deceased, et al., Respondents.— Decree affirmed, with costs to all parties filing briefs payable out of the estate. All concur. (Appeal from a decree denying a motion by an executor and by a coexecutor and legatee, to take testimony on their motion to vacate a decree sustaining an election; also denying their motion to vacate the decree of election.) Present — Vaughan, J. P., Kimball, Piper, Wheeler and Van Duser, JJ.